### KOBBE CO. v. CITY OF NEW YORK.

(Supreme Court, Appellate Division, First Department. December 6, 1907.)

Appeal from Special Term.

Action for injunction by the Kobbe Company against the city of New York. From an order denying a motion for injunction pendente lite, plaintiff appeals. Affirmed.

Argued before PATTERSON, P. J., and INGRAHAM, CLARKE, SCOTT, and LAMBERT, JJ.

Myer Nussbaum, for appellant.
Theodore Connoly, for respondent.

SCOTT, J. This appeal presents substantially the same questions which are presented by the appeal in City of New York v. M. Wineburgh Advertising Company (decided herewith) 107 N. Y. Supp. 478, and the same considerations which require the affirmance of the order in that case call for the affirmance of the order appealed from in this. The plaintiff filed, with the department of buildings, plans and specifications providing for the erection of a "sky sign" nine feet high, and received a permit from the superintendent of buildings for the erection of such a sign. It has proceeded to erect a sign about 27 feet high. For such a sign it has filed no plans and received no permit.

The order must be affirmed, with $10 costs and disbursements.

PATTERSON, P. J., and INGRAHAM and LAMBERT, JJ., concur. CLARKE, J., concurs in result.